■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MCLEAN, Appellant, v CHARLES BRUNELLE, as Superintendent of Wyoming Correctional Facility, Respondent. [667 NYS2d 139] —Judgment unanimously affirmed without costs. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Doerr, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN DALLAS, Appellant, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents. [667 NYS2d 140] —Judgment unanimously affirmed without costs (*see, People ex rel. Wilt v Meloni,* 166 AD2d 927). (Appeal from Judgment of Supreme Court, Orleans County, Punch, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Doerr, Balio and Boehm, JJ.